## APPENDIX B. CRIMINAL CASE APPEARANCE FORM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**RECEIVED**

JUL 19 2023

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES OF AMERICA

v.

Eliyahu "Eli" Weinstein

CRIMINAL NO. 23-mj-3038 (TJB)-1

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for _Eliyahu "Eli" Weinstein for purposes of bail_
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

New York, SDNY, EDNY, 2d Circuit, 3rd Circuit, DDC, US Supreme Court    2000
Court(s)                                                                 Year(s) of Admission

Date: July 19, 2023

_signature_
Signature of Attorney

Eric M. Creizman
Print Name

Morrison Cohen LLP 909 Third Ave.
Address

New York    NY    10022
City        State  Zip Code

(212) 735-8640
Phone Number              Fax Number

(917) 494-5881