# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  
**MAGISTRATE JUDGE TONIANNE J. BONGIOVANNI**  
**COURT REPORTER:** Digitally Recorded  

**DATE:** September 18, 2023

**TITLE OF CASE:**  
UNITED STATES OF AMERICA  
      vs.  
ELIYAHU "ELI" WEINSTEIN,  
    **DEFENDANT PRESENT**

**DOCKET 23-mj-03038-TJB-1**

**APPEARANCES:**  
Carolyn Silane, AUSA, for Government  
Ilana Haramati, Esq., for Defendant  
Edna Galarza, Pretrial Services  

**Nature of Proceedings:**  
Hearing on [53] Motion for release.  
Ordered motion denied as stated on the record.  
Order to be submitted.  

**Time Commenced:** 2:35pm  
**Time Adjourned:** 3:25pm  
**Total Time:** 50 minutes  

                                    s/Elizabeth Beres  
                                     DEPUTY CLERK