UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| | : | |
| v. | : | Mag. No. 23-03038 |
| | : | |
| ELIYAHU "ELI" WEINSTEIN | : | **ORDER** |
| | : | |

This matter having come before the Court on the motion by defendant Eliyahu Weisntein (by Ilana Haramati, Esq. and Henry E. Mazurek, Esq., appearing) for pretrial release (D.E. 53); and Philip R. Sellinger, United States Attorney for the District of New Jersey (Assistant U.S. Attorneys Emma Spiro, Jonathan Fayer, and Carolyn Silane, appearing) opposing the defendant's motion (D.E. 57); and the Court having heard oral argument on September 18, 2023; and the Court having reviewed all of the submissions related to the above-referenced motions; and for good cause shown;

Having considered the submissions from the parties and the arguments of counsel, and for the reasons stated on the record on September 18, 2023, it is the Court's finding that: 1) the defendant poses a serious risk of flight; and 2) there are no conditions, or combination thereof, that can reasonably assure the defendant's appearance at future proceedings;

IT IS, therefore, on this 19th day of September, 2023,

ORDERED that the defendant's motion for pretrial release is DENIED.

_____
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

D.E. No. 53 is terminated.